■ Murray Goldner et al., Appellants, v Kemper Insurance Company et al., Respondents. (Appeal No. 2.)—Order unanimously affirmed without costs. Same memorandum as in Goldner v Kemper Ins. Co. ([appeal No. 1] 152 AD2d 936). (Appeal from order of Supreme Court, Monroe County, Purple, J.—breach of contract.) Present—Doerr, J. P., Denman, Boomer, Green and Pine, JJ.

■ In the Matter of Pyramid Company of Watertown, Respondent, v Roger E. Tibbets, as Assessor of the Town of Watertown, et al., Appellants.—Order and judgment unanimously affirmed without costs for reasons stated at Special Term, Inglehart, J. (see, Matter of Pyramid Co. v Tibbets, 139 Misc 2d 132). (Appeal from order and judgment of Supreme Court, Jefferson County, Inglehart, J.—art 78.) Present—Doerr, J. P., Denman, Boomer, Green and Pine, JJ.